BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
Room 4-401
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:00-cr-05395-AWI |
| | ) | |
| Plaintiff, | ) | ORDER FOR ISSUANCE OF ARREST |
| | ) | WARRANT |
| v. | ) | |
| | ) | |
| ARTURO ALEX GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

      On February 3, 2003, the Honorable Robert E. Coyle sentenced defendant Arturo Alex Garcia to a term of five years prison and ordered him to self-surrender. When the defendant failed to self-surrender as ordered, the Court ordered a no-bail warrant for the defendant to issue on April 4, 2003 and again on December 8, 2004. On March 18 2005, the warrant was returned as unexecuted and filed. Inasmuch as the defendant is still a fugitive, the Court hereby orders that the Clerk of the Court re-issue the warrant for the defendant based upon his failure to appear to serve his sentence.

IT IS SO ORDERED.

Dated:   **August 15, 2013**          **/s/  Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE